547 A.2d 350

Robert WILLIAMS, Petitioner,

v.

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY.

Supreme Court of Pennsylvania.

July 20, 1988.

280

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is granted. The Order of the Commonwealth Court is vacated and the case is remanded to that court for a consideration of the merits of petitioner's appeal.